

**RECEIVED**

JAN 2 8 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Christopher Donnyell Lewis

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

University of Illinois at Chicago Police;

University of Illinois at Chicago Hospital;

Michael Kotz; Aaron Mrauskas;

Clifton Heard; Zachary Pentek;

Elizabeth Somone,

Matthew Victom

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
<u>use "et al.")</u>

15c938

Judge  Amy J. St. Eve
Magistrate Judge Young B. Kim
PC 3

Cas_____
(To be supplied by the  Clerk of this Court)

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
          **U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
          **28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I.** **Plaintiff(s):**

A.  Name: _Christopher Donnyell Lewis_

B.  List all aliases: _N/A_

C.  Prisoner identification number: _2014 070 8307_

D.  Place of present confinement: _Cook County Jail_

E.  Address: _2700 S. California Chicago,IL 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.** **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: _University of Illinois at Chicago Police Dept._

Title: _Police Department_

Place of Employment: _UIC hospital; State of Illinois_

B.  Defendant: _University of Illinois at Chicago Hospital_

Title: _Hospital_

Place of Employment: _Illinois_

C.  Defendant: _Michael Kotz_

Title: _UIC Police officer_

Place of Employment: _University of Illinois at Chicago Hospital_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                    Revised 9/2007

II. Continued: Defendant(s):

D. Defendant: <u>Aaron Murauskas</u>

   Title: <u>UIC Police officer</u>

   Place of Employment: <u>University of Illinois at Chicago Hospital</u>

E. Defendant: <u>Clifton Heard</u>

   Title: <u>UIC Police officer</u>

   Place of Employment: <u>University of Illinois at chicago Hospital</u>

F. Defendant: <u>Zachary Pentek</u>

   Title: <u>UIC Police officer</u>

   Place of employment: <u>University of Illinois at Chicago Hospital</u>

G. Defendant: <u>Elizabeth Somone</u>

   Title: <u>Emergency Medical Technician</u>

   Place of Employment: <u>University of Illinois at Chicago Hospatal</u>

H. Defendant: <u>Matthew Victorn</u>

   Title: <u>Registered Nurse</u>

   Place of employment: <u>University of Illinois at Chicago Hospitel</u>

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Christopher Donnyell Lewis VS. Illinois Department of Corrections et al. 14 CV 10098_

B. Approximate date of filing lawsuit: _Dec 15, 2014_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Christopher Donnyell Lewis_

D. List all defendants: _① Illinois Department of Corrections_
_② Tarry Williams_
_③ University of Illinois at chicago Hospital_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _NORTHERN DISTRICT OF ILLINOIS_

F. Name of judge to whom case was assigned: _Virginia M. Kendall_

G. Basic claim made: _I was not given my C-PAP Breathing machine while in Custody OF I.D.O.C_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_Pending_

I. Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV.** **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

① It is my claim, that on July 6, 2014 at approximately 9:00P, I, Christopher D. Lewis went to University of Illinois at Chicago Hospital Emergency room. While at University of Illinois at Chicago Hospital; UIC Hospital staff (Elizabeth Somone, EMT, and Registered Nurse Matthew Victorn) aided University of Illinois at Chicago Police officers (Michael Kotz, Aaron Muravskas, Clifton Heard, Zachary Pentek) in using "excessive force" against my person while I was having a psychotic episode.

② On the same day and same approximate time I further claim that after waking up from fainting; Police reports state that I committed "Aggravated Battery." Besides kicking, police reports claim that I was spitting. Hence, Elizabeth Somone EMT and/or Matthew Victorn aided university of Illinois at Chicago Police officers (Kotz, Muravskas, Heard, Pentek) In smothering my entire face with a bed sheet; because EMT Worker Somone and/or Registered Nurse Victorn passed the officers the bed sheet to use to prohibit me from breathing.

4

Revised 9/2007

③ It is furthermore my claim, that UIC emergency room staff brought up my medical history on the Hospital computer. Therefore having prior knowledge of my psychiatric history, diagnosis and medications I was taking. Hence, I was still treated like a sane person who was committing illegal acts intentionally.

④ It is furthermore that I claim, that a short, medium built, Caucasian UIC police officer commenced to beating me in my face for an unknown amount of time. This also took place at UIC Hospital emergency room on July 6, 2014.

⑤ It is furthermore my claim, that the treatment I received at UIC Hospital was demeaning, disrespectful, violent, painful, traumatizing, un-sympathetic, and un-professional. The Hypocratic Oath was violated by medical staff at UIC Hospital emergency room, and the oath to "serve and protect" was violated by UIC police officers.

⑥ It is further my claim that my civil rights were violated by UIC Hospital staff and UIC police officers.

⑦ Finally, it is my claim, that all the aforementioned events took place at University of Illinois at Chicago Hospital; 1740 W. Taylor Chicago, Illinois. Also, university of Illinois at Chicago Hospital Emergency Room cameras can corroborate the aforementioned claims.

5

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Would like the court to award me $5,000,000 for Pain, suffering, and emotional distress.

**VI.    The plaintiff demands that the case be tried by a jury.    ☐ YES    ☒ NO**

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __8th__ day of __January__, 20 __15__

_Christopher D. Lewis_

(Signature of plaintiff or plaintiffs)

_Christopher D. Lewis_
(Print name)

_2014 0708307_
(I.D. Number)

_2700 S. California_
_Chicago, ILL 60608_
(Address)

6                                    Revised 9/2007